# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CABOT MICROELECTRONICS CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 20-738-MN |
| v. ) ) | |
| DUPONT DE NEMOURS, INC., et al., ) ) | |
| Defendants. ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cabot Microelectronics Corporation ("Plaintiff") and Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP Inc., Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC ("Defendants"), through their undersigned counsel, subject to the Court's approval, Defendants' time to answer or otherwise respond to the Complaint in the above-captioned action shall be extended to July 22, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ John W. Shaw*<br>   John W. Shaw (#3362)<br>   Karen E. Keller (#4489)<br>   I.M. Pei Building<br>   1105 North Market Street, 12th Floor<br>   Wilmington, DE 19801<br>   jshaw@shawkeller.com<br>   kkeller@shawkeller.com | By: */s/ David E. Moore*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Tracey E. Timlin (#6469)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel:  (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   ttimlin@potteranderson.com |
| *Attorneys for Plaintiff Cabot Microelectronics Corporation* |  |
|  | *Attorneys for Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP Inc., Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC* |
| Dated:  June 18, 2020<br>6763111 / 50287 |  |

IT IS SO ORDERED, this _____ day of June, 2020.

  
   _____  
   U.S.D.J.