# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CABOT MICROELECTRONICS CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 20-738-MN |
| v. ) ) | |
| DUPONT DE NEMOURS, INC., et al., ) ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Tracey E. Timlin, formerly of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, DE 19801, hereby withdraws her appearance as counsel for Defendants DuPont de Nemours, Inc. Rohm and Haas Electronics Materials CMP Inc., Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC (collectively, "Defendants"). All other counsel of record on behalf of Defendants remain in this case.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ David E. Moore* |
| Mark Feldstein | David E. Moore (#3983) |
| FINNEGAN, HENDERSON, FARABOW, GARRETT | Bindu A. Palapura (#5370) |
| & DUNNER, LLP | Hercules Plaza, 6th Floor |
| 901 New York Avenue, NW | 1313 N. Market Street |
| Washington, DC 20001-4413 | Wilmington, DE 19801 |
| Tel: (202) 408-4000 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | |
|  | *Attorneys for Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP Inc., Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC* |

Dated: December 30, 2020
6943399 / 50287