

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

May 17, 2022

**VIA ELECTRONIC FILING**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Cabot Microelectronics Corporation v. DuPont de Nemours, Inc., et al.*, C.A. No. 20-738-MN

Dear Judge Noreika:

Defendants DuPont de Nemours, Inc., Rohm and Haas Electronic Materials CMP, LLC,[1] Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Hass Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia-Pacific Co., Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC (collectively, "Defendants") write regarding Plaintiff CMC's May 16, 2022, letter requesting confirmation of the lifting of the stay and requesting an early Rule 16 conference. Contrary to Plaintiff's characterizations, Defendants agreed with Plaintiff's proposal for it to seek confirmation of the stay being lifted on May 18, and are happy to schedule a meet and confer on Rule 26(f) discovery planning conference issues once the stay has been lifted. *See* D.I. 16, Ex. A.

We are available to discuss any issues with the Court, if the Court so desires.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/10142877/00195.04092

cc:   Clerk of Court (via hand delivery)
      Counsel of Record (via electronic mail)

---

[1] Subsequent to the filing of the Complaint and effective October 1, 2020, Rohm and Haas Electronic Materials CMP Inc. was converted to Rohm and Haas Electronic Materials CMP, LLC. Plaintiff reported in its letter of May 16, 2022 that it would file papers to correct the caption.