IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CABOT MICROELECTRONICS CORPORATION,           )<br>                                                                    )<br>            Plaintiff,                                      )<br>                                                                    )<br>      v.                                                         )<br>                                                                    )<br>DUPONT DE NEMOURS, INC., ROHM        )<br>AND HAAS ELECTRONIC MATERIALS    )<br>CMP INC., ROHM AND HAAS                      )<br>ELECTRONIC MATERIALS CMP ASIA       )<br>INC. (d/b/a ROHM AND HAAS                        )<br>ELECTRONIC MATERIALS CMP ASIA       )<br>INC, TAIWAN BRANCH (U.S.A.)), ROHM   )<br>AND HAAS ELECTRONIC MATERIALS    )<br>ASIA-PACIFIC CO. LTD., ROHM AND         )<br>HAAS ELECTRONIC MATERIALS K.K.,     )<br>and ROHM AND HAAS ELECTRONIC       )<br>MATERIALS LLC,                                           )<br>                                                                    )<br>            Defendants.                                  ) | C.A. No. 20-738-MN |

## **STIPULATION**

WHEREAS, after the commencement of this action plaintiff Cabot Microelectronics Corporation changed its name to CMC Materials, Inc.,

WHEREAS, after the commencement of this action defendant Rohm and Haas Electronic Materials CMP Inc. changed its name to Rohm and Haas Electronic Materials CMP, LLC., and

WHEREAS, the parties desire to update the caption to reflect both current corporate names,

NOW, THEREFORE, the parties stipulate and agree that the caption of this action shall be changed as follows:

| | | |
|---|---|---|
| CMC MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-738-MN |
| | ) | |
| DUPONT DE NEMOURS, INC., ROHM AND HAAS ELECTRONIC MATERIALS CMP, LLC, ROHM AND HAAS ELECTRONIC MATERIALS CMP ASIA INC. (d/b/a ROHM AND HAAS ELECTRONIC MATERIALS CMP ASIA INC, TAIWAN BRANCH (U.S.A.)), ROHM AND HAAS ELECTRONIC MATERIALS ASIA-PACIFIC CO. LTD., ROHM AND HAAS ELECTRONIC MATERIALS K.K., and ROHM AND HAAS ELECTRONIC MATERIALS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

All future filings in this action shall use this caption.

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Plaintiff*

/s/ David E. Moore
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-600
dmoore@potteranderson.com
bpalapura@potteranderson.com
*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2022,

_____
United States District Judge