IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-738-MN |
| | ) |
| DUPONT DE NEMOURS, INC., ROHM AND HAAS ELECTRONIC MATERIALS CMP, LLC, ROHM AND HAAS ELECTRONIC MATERIALS CMP ASIA INC. (d/b/a ROHM AND HAAS ELECTRONIC MATERIALS CMP ASIA INC, TAIWAN BRANCH (U.S.A.)), ROHM AND HAAS ELECTRONIC MATERIALS ASIA-PACIFIC CO. LTD., ROHM AND HAAS ELECTRONIC MATERIALS K.K., and ROHM AND HAAS ELECTRONIC MATERIALS LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR TRANSMISSION OF THE ITC RECORD TO THE DISTRICT COURT**

Pursuant to 28 U.S.C. § 1659(b), the undersigned hereby orders the transmittal of the complete record of the proceedings before the U.S. International Trade Commission in *Certain Chemical Mechanical Planarization Slurries and Components Thereof*, Inv. No. 337-TA-1204 ("1204 Investigation") to the United States District Court for the District of Delaware, C.A. No. 20-738-MN. *See also* 19 C.F.R. § 210.38(a) ("The record shall consist of all pleadings, the notice of investigation, motions and responses, all briefs and written statements, and other documents and things properly filed with the Secretary, in addition to all orders, notices, and initial determinations of the administrative law judge, orders and notices of the Commission, hearing and

conference transcripts, evidence admitted into the record (including physical exhibits), and any other items certified into the record by the administrative law judge or the Commission.").

The complete record of the 1204 Investigation shall be transmitted to the Clerk of Court in the District of Delaware at the following address:

> Office of the Clerk
> United States District Court
> 844 North King St Unit 18
> Wilmington, DE 19801-3570

To the extent the Commission record contains confidential information, the parties are ordered to handle such information as confidential pursuant to Delaware Local Rule 26.2, pending entry of a superseding protective order by this Court.

**IT IS SO ORDERED this 30th day of June 2022.**

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge