IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUPONT DE NEMOURS, INC., ROHM ) <br> AND HAAS ELECTRONIC MATERIALS ) <br> CMP, LLC, ROHM AND HAAS ) <br> ELECTRONIC MATERIALS CMP ASIA ) <br> INC. (d/b/a ROHM AND HAAS ) <br> ELECTRONIC MATERIALS CMP ASIA ) <br> INC, TAIWAN BRANCH (U.S.A.)), ROHM ) <br> AND HAAS ELECTRONIC MATERIALS ) <br> ASIA-PACIFIC CO. LTD., ROHM AND ) <br> HAAS ELECTRONIC MATERIALS K.K., ) <br> and ROHM AND HAAS ELECTRONIC ) <br> MATERIALS LLC, ) <br> ) <br> Defendants. ) | C.A. No. 20-738-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2022, the following documents were served on the persons listed below in the manner indicated:

1) Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-13)

2) Plaintiff's Objections and Responses to Defendants' First Set of Request for the Production of Documents and Things (Nos. 1-23)

1

**BY EMAIL**

| | |
|---|---|
| David E. Moore | Charles E. Lipsey |
| Bindu A. Palapura | FINNEGAN, HENDERSON, FARABOW, |
| Carson R. Bartlett |   GARRETT & DUNNER, LLP |
| POTTER ANDERSON & CORROON, LLP | 1875 Explorer Street, Suite 800 |
| 1313 N. Market St., Hercules Plaza, 6th Flr. | Reston, VA 20190 |
| P.O. Box 951 | (571) 203-2700 |
| Wilmington, DE 19899 | charles.lipsey@finnegan.com |
| (302) 984-6000 | |
| dmoore@potteranderson.com | |
| bpalapura@potteranderson.com | |
| cbartlett@potteranderson.com | |

Mark J. Feldstein
Mareesa A. Frederick
Eric J. Fues
Anthony A. Hartmann
Paul W. Townsend
Kaitlyn S. Pehrson
Matthew J. Hlinka
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
mark.feldstein@finnegan.com
mareesa.frederick@finnegan.com
eric.fues@finnegan.com
anthony.hartmann@finnegan.com
paul.townsend@finnegan.com
kaitlyn.pehrson@finnegan.com
matthew.hlinka@finnegan.com

|  |  |
|---|---|
| OF COUNSEL:<br>Robert C. Scheinfeld<br>Robert L. Maier<br>Margaret M. Welsh<br>Frank Zhu<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408 2500<br><br>Lisa M. Kattan<br>Katharine M. Burke<br>Thomas C. Martin<br>Samuel L. Kassa<br>Joseph Ostoyich<br>Danielle Morello<br>William Lavery<br>BAKER BOTTS L.L.P.<br>700 K Street, N.W.<br>Washington, D.C. 20001<br>(202) 639-7700<br><br>Dated: August 11, 2022 | /s/ John W. Shaw<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Plaintiff* |