IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-738-MN ) |
| DUPONT DE NEMOURS, INC., et al., | ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

At Wilmington this ____ day of _____, 2022, having considered Plaintiff's Motion to Dismiss Defendants' Amended Counterclaims 3-8 under Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), the relevant papers and submissions, and any opposition thereto,

IT IS HEREBY ORDERED, the Motion is GRANTED, and Defendants' Counterclaims 3-8 ARE DISMISSED.

```
                                    _____
                                    The Honorable Maryellen Noreika
                                    UNITED STATES DISTRICT JUDGE
```