

Karen E. Keller
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-070
(302) 298-0702 – Direct
kkeller@shawkeller.com

October 6, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

  Re: *CMC Materials, Inc. v. Dupont De Nemours, Inc., et al.,* C.A. No. 20-738-GBW

Dear Judge Williams:

  In accordance with Your Honor's oral order (D.I. 74), enclosed please find the parties' amended scheduling order proposals.

  The parties are available at the Court's convenience to address any questions Your Honor may have.

            Respectfully submitted,

            */s/ Karen E. Keller*

            Karen E. Keller (No. 4489)

cc: Clerk of the Court (by CM/ECF & Hand Delivery)
   All counsel of record (by CM/ECF and e-mail)