IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-738-GBW |
| ) | |
| DUPONT DE NEMOURS, INC., ROHM ) | |
| AND HAAS ELECTRONIC MATERIALS ) | |
| CMP, LLC, ROHM AND HAAS ) | |
| ELECTRONIC MATERIALS CMP ASIA ) | |
| INC. (d/b/a ROHM AND HAAS ) | |
| ELECTRONIC MATERIALS CMP ASIA ) | |
| INC, TAIWAN BRANCH (U.S.A.)), ROHM ) | |
| AND HAAS ELECTRONIC MATERIALS ) | |
| ASIA-PACIFIC CO. LTD., ROHM AND ) | |
| HAAS ELECTRONIC MATERIALS K.K., ) | |
| and ROHM AND HAAS ELECTRONIC ) | |
| MATERIALS LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff CMC Materials, Inc. ("CMC") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

CMC identifies that Entegris, Inc. became CMC's parent corporation in July 2022, upon CMC's acquisition by Entegris. No other entity currently owns 10% or more of CMC stock.

OF COUNSEL:
Robert C. Scheinfeld
Robert L. Maier
Margaret M. Welsh
Frank Zhu
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408 2500

Lisa M. Kattan
Katharine M. Burke
Thomas C. Martin
Samuel L. Kassa
Joseph Ostoyich
Danielle Morello
William Lavery
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700

Dated: October 18, 2022

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Plaintiff*