

|  |
|---|
| Andrew E. Russell |
| I.M. Pei Building |
| 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 |
| (302) 298-0700 |
| (302) 298-0704 – Direct |
| arussell@shawkeller.com |

October 18, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *CMC Materials, Inc. v. Dupont De Nemours, Inc.*, *et al.,* C.A. No. 20-738-GBW

Dear Judge Williams:

Enclosed please find the parties' revised proposed scheduling order, which includes no disputes for the Court to resolve at this time. The parties jointly request that the Court cancel the scheduling conference set for tomorrow, October 19, 2022 (D.I. 80), in light of the agreed-upon scheduling order.

Further, plaintiff CMC Materials, Inc. hereby withdraws its opposition, (D.I. 29), to Dupont's Motion for the Issuance of a Letter Rogatory for International Judicial Assistance Regarding Fuso Chemical Co., Ltd., (D.I. 25).

The parties are available at the Court's convenience to address any concerns.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5385)

cc:   Clerk of the Court (by CM/ECF & Hand Delivery)
      All counsel of record (by CM/ECF & e-mail)