

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

October 26, 2022

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *CMC Materials, Inc. v. DuPont de Nemours, Inc., et al.*
              C.A. No. 20-738-GBW

Dear Judge Williams:

      We write on behalf of the Defendants. In conjunction with the parties' negotiations relating to the case schedule in the above referenced matter, on October 18, 2022 (D.I. 85), Plaintiff CMC Materials, Inc. withdrew its opposition (D.I. 29) to DuPont's Motion for the Issuance of a Letter Rogatory for International Judicial Assistance Regarding Fuso Chemical Co., Ltd. (D.I. 25). This time-sensitive motion now stands unopposed. To the extent the Court requires additional information from Defendants regarding the Motion, counsel remain available at the Court's convenience.

                                        Respectfully,

                                        */s/ David E. Moore*

                                        David E. Moore

DEM:nmt/10397986/00195.04092

cc:    Clerk of Court (via hand delivery)
        Counsel of Record (via electronic mail)