# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUPONT DE NEMOURS, INC., et al., ) <br> ) <br> Defendants. ) | C.A. No. 20-738-GBW |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 17, 2022, upon the following attorneys of record as indicated below:

DEFENDANTS' INITIAL INVALIDITY CONTENTIONS AND IDENTIFICATION OF PRIOR ART REFERENCES, PARTICLES, AND USES; WITH APPENDICES **[HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John W. Shaw <br> Karen E. Keller <br> Shaw Keller LLP <br> I.M. Pei Building <br> 1105 N. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com | Robert C. Scheinfeld <br> Robert L. Maier <br> Margaret M. Welsh <br> Frank Zhu <br> Baker Botts L.L.P. <br> 30 Rockefeller Plaza <br> New York, NY 10112 <br> Robert.scheinfeld@bakerbotts.com <br> Robert.maier@bakerbotts.com <br> Margaret.welsh@bakerbotts.com <br> Frank.zhu@bakerbotts.com |

Lisa M. Kattan
Katharine M. Burke
Thomas C. Martin
Samuel L. Kassa
Baker Botts L.L.P.
700 K Street, N.W.
Washington, DC  20001
Lisa.kattan@bakerbotts.com
Katharine.burke@bakerbotts.com
Tommy.martin@bakerbotts.com
Sam.kassa@bakerbotts.com

OF COUNSEL:

Mareesa A. Frederick
Mark Feldstein
Eric J. Fues
Anthony Hartmann
Matthew J. Hlinka
Paul Townsend
Kaitlyn Pehrson
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Tel:  (202) 408-4000

Charles Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Tel: (571) 203-2700

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
　　　David E. Moore (#3983)
　　　Bindu A. Palapura (#5370)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE  19801
　　　Tel:  (302) 984-6000
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com

*Attorneys for Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC*

2

William S. Farmer
David C. Brownstein
David M. Goldstein
FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP
235 Montgomery St., Suite 835
San Francisco, CA  94104
Tel: (415) 795-2050

Dated:  November 18, 2022
10449674 / 00195.04092