IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-738-GBW |
| | ) |
| DUPONT DE NEMOURS, INC., ROHM AND HAAS ELECTRONIC MATERIALS CMP, LLC, ROHM AND HAAS ELECTRONIC MATERIALS CMP ASIA INC. (d/b/a ROHM AND HAAS ELECTRONIC MATERIALS CMP ASIA INC, TAIWAN BRANCH (U.S.A.)), ROHM AND HAAS ELECTRONIC MATERIALS ASIA-PACIFIC CO. LTD., ROHM AND HAAS ELECTRONIC MATERIALS K.K., and ROHM AND HAAS ELECTRONIC MATERIALS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 2, 2022, the following documents were served on DuPont-Delaware@finnegan.com, IPservice@potteranderson.com, and on the persons listed below in the manner indicated:

1) Plaintiff's Second Set of Interrogatories to Defendants (Nos. 9-10)

2) Plaintiff's Second Set of Requests for Production of Documents and Things to Defendants (Nos. 20-23)

1

**BY EMAIL**

| | |
|---|---|
| David E. Moore | Mareesa A. Frederick |
| Bindu A. Palapura | Eric J. Fues |
| Carson R. Bartlett | Anthony A. Hartmann |
| POTTER ANDERSON & CORROON, LLP | Paul W. Townsend |
| Hercules Plaza | Kaitlyn S. Pehrson |
| 1313 N. Market St., 6th Flr. | FINNEGAN, HENDERSON, FARABOW, |
| P.O. Box 951 | GARRETT & DUNNER, LLP |
| Wilmington, DE 19899 | 901 New York Avenue, NW |
| (302) 984-6000 | Washington, DC 20001-4413 |
| dmoore@potteranderson.com | (202) 408-4000 |
| bpalapura@potteranderson.com | mareesa.frederick@finnegan.com |
| cbartlett@potteranderson.com | eric.fues@finnegan.com |
| | anthony.hartmann@finnegan.com |
| Charles E. Lipsey | paul.townsend@finnegan.com |
| FINNEGAN, HENDERSON, FARABOW, | kaitlyn.pehrson@finnegan.com |
| GARRETT & DUNNER, LLP | |
| 1875 Explorer Street, Suite 800 | |
| Reston, VA 20190 | |
| (571) 203-2700 | |
| charles.lipsey@finnegan.com | |

| | |
|---|---|
| OF COUNSEL: | */s/ Karen E. Keller* |
| Robert C. Scheinfeld | John W. Shaw (No. 3362) |
| Robert L. Maier | Karen E. Keller (No. 4489) |
| Margaret M. Welsh | SHAW KELLER LLP |
| Frank Zhu | I.M. Pei Building |
| BAKER BOTTS L.L.P. | 1105 North Market Street, 12th Floor |
| 30 Rockefeller Plaza | Wilmington, DE 19801 |
| New York, NY 10112 | (302) 298-0700 |
| (212) 408 2500 | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| Lisa M. Kattan | *Attorneys for Plaintiff* |
| Katharine M. Burke | |
| Thomas C. Martin | |
| Samuel L. Kassa | |
| Joseph Ostoyich | |
| Danielle Morello | |
| William Lavery | |
| BAKER BOTTS L.L.P. | |
| 700 K Street, N.W. | |
| Washington, D.C. 20001 | |
| (202) 639-7700 | |

Dated: December 5, 2022