

Andrew E. Russell
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0704 – Direct
arussell@shawkeller.com

February 22, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *CMC Materials, Inc. v. DuPont De Nemours, Inc., et al.,* C.A. No. 20-738-GBW

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date(s): January 9, 2023.

Delaware Counsel:

   Plaintiff: John Shaw, Shaw Keller LLP

   Defendants: Bindu Palapura, Potter Anderson & Corroon LLP

Lead Counsel:

   Plaintiff: Katharine Burke and Sam Kassa, Baker Botts LLP

   Defendant: Mareesa Frederick and Paul Townsend, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

The disputes requiring judicial attention are listed below:

- Plaintiff's request that the Court order defendants to reduce the number of defendants' obviousness theories.

- Plaintiff's request that the Court compel defendants to provide more specific obviousness contentions.

- Defendants' request that the Court compel Plaintiff to supplement its response to Defendants' Interrogatory No. 13.

SHAW KELLER LLP
Page 2

- Defendants' request that the Court compel Plaintiff to supplement its Initial Disclosures to identify 10 CMC custodians most likely to have relevant documents and information.

Respectfully submitted,

/s/ Andrew E. Russell

Andrew E. Russell (No. 5382)

cc: Clerk of the Court (by CM/ECF & Hand Delivery)
All Counsel of Record (by CM/ECF & Email)