

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

August 11, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re:   *CMC Materials, Inc. v. Dupont De Nemours, Inc. et. al.,* C.A. No. 20-738-GBW

Dear Judge Williams:

Pursuant to D. Del. L. R. 7.1.4, Plaintiff CMC Materials, Inc. respectfully requests oral argument on Plaintiff's Motion to Bifurcate and Stay DuPont's Antitrust-Related Counterclaims (Counts 4 - 7) (D.I. 146).

Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 146, 147, 150, and 155.  The reply brief was filed on August 4, 2023.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc:   Clerk of Court (by CM/ECF & Hand Delivery)
      All Counsel of Record (by CM/ECF & Email)