# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-738-GBW |
| DUPONT DE NEMOURS, INC., et al., | ) ) |
| Defendants. | ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES**

WHEREAS, Plaintiff CMC Materials, Inc. ("CMC") and Defendants DuPont de Nemours, Inc., Rohm and Haas Electronic Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia-Pacific Co., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC (collectively, "DuPont;" CMC and DuPont together, the "Parties") are in the process of conducting several depositions under Fed. R. Civ. P. 30(b)(1) and 30(b)(6) and third-party depositions, with the final deposition scheduled for October 23, 2023;

WHEREAS, the Parties are working diligently to respond to outstanding discovery requests, with the final discovery responses due October 20, 2023;

WHEREAS, the Parties have served third-party subpoenas and anticipate compliance with those subpoenas by October 23, 2023;

WHEREAS, the Parties anticipate information obtained from the ongoing discovery will be relevant to the Parties' Invalidity, Infringement, Validity, and Noninfringement Contentions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines are amended as set forth below:

| **Event** | **Current Deadline** | **Amended Deadline** |
| --- | --- | --- |
| Plaintiffs shall provide its final infringement contentions and Defendants shall provide their final invalidity contentions. Defendants shall select and identify no more than ten (10) prior art references against the asserted patent from the twenty (20) prior art references previously identified, which can be modified upon a showing of good cause. For the avoidance of doubt, the limited number of "references" are "printed publications" and not prior art particles or prior art uses. There is no limitation on the number of prior art particles or prior art uses. | October 13, 2023 (D.I. 93 at 3) | October 27, 2023 |
| Plaintiff shall produce its final validity contentions and Defendants shall produce their final non-infringement contentions. | October 20, 2023 (D.I. 93 at 3) | November 3, 2023 |
| Within 2 weeks of receiving Defendants' final invalidity contentions, Plaintiff shall identify ten (10) asserted claims, which can be modified upon a showing of good cause. | October 27, 2023 (D.I. 93 at 3) | November 10, 2023 |
| Joint Claim Construction Chart | October 27, 2023 (D.I. 93 at 8) | November 10, 2023 |

No other deadlines are altered by this stipulation.

2

Respectfully submitted,

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Bindu A. Palapura* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Bindu A. Palapura (No. 5370) |
| Andrew E. Russell (No. 5382) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | Hercules Plaza, 6th Floor |
| I.M. Pei Building | 1313 N. Market Street |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 984-600 |
| (302) 298-0700 | dmoore@potteranderson.com |
| jshaw@shawkeller.com | bpalapura@potteranderson.com |
| kkeller@shawkeller.com | |
| arussell@shawkeller.com | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiff* | OF COUNSEL: |
| | |
| OF COUNSEL: | Mareesa A. Frederick |
| | Mark Feldstein |
| Robert C. Scheinfeld | Eric Fues |
| Robert L. Maier | Anthony Hartmann |
| Frank Zhu | Matthew Hlinka |
| BAKER BOTTS L.L.P. | Paul Townsend |
| 30 Rockefeller Plaza | Kaitlyn Pehrson |
| New York, NY 10112 | FINNEGAN, HENDERSON, FARABOW, |
| (212) 408 2500 | GARRETT & DUNNER, L.L.P. |
| | 901 New York Avenue, N.W. |
| Lisa M. Kattan | Washington, D.C. 20001 |
| Katharine M. Burke | (202) 408-4000 |
| BAKER BOTTS L.L.P. | |
| 700 K Street, N.W. | Charles Lipsey |
| Washington, D.C. | FINNEGAN, HENDERSON, FARABOW, |
| (202) 639-7700 | GARRETT & DUNNER, L.L.P. |
| | 1875 Explorer Street, Suite 800 |
| | Reston, VA 20190 |
| | (571) 203-2700 |

Dated:  September 29, 2023

SO ORDERED this __ day of _____, 2023.

_____
The Honorable Gregory B. Williams
United States District Judge

3