

Karen E. Keller
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702 - Direct
kkeller@shawkeller.com

September 29, 2023

**VIA CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *CMC Materials, Inc. v. DuPont de Nemours, Inc., et al.*, C.A. No. 20-738-GBW

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The parties are in agreement that an impasse has been reached.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date(s): August 30, 2023, September 11, 2023; September 15, 2023.

Delaware Counsel:

    Plaintiff: Karen Keller, John Shaw, Shaw Keller LLP

    Defendants: David Moore, Potter Anderson & Corroon LLP

Lead Counsel:

    Plaintiff: Katharine Burke, Lisa Kattan, Eileen Hyde, and Samuel Kassa, Baker Botts LLP

    Defendants: Eric Fues and Anthony Hartmann, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

The disputes requiring judicial attention are listed below:

- CMC's motion to compel production of ESI from Defendants; and

- CMC's motion to compel production of information from third party, Merck, that has been redacted from Defendants' document productions.

SHAW KELLER LLP

The Honorable Gregory B. Williams
Page 2

Respectfully submitted,

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)


cc:     Clerk of the Court (by CM/ECF and Hand Delivery)
        All counsel of record (by CM/ECF and email)