


1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone

November 1, 2023

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *CMC Materials, Inc. v. DuPont de Nemours, Inc., et al.*, C.A. No. 20-738-GBW

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The parties are in agreement that an impasse has been reached.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date(s): October 25, 2023.

Delaware Counsel:

Plaintiff: Andrew Russell, Shaw Keller LLP

Defendants: Andrew Moshos, Potter Anderson & Corroon LLP

Lead Counsel:

Plaintiff: Eileen Hyde and Samuel Kassa, Baker Botts LLP

Defendants: Mareesa Frederick, Eric Fues, and Anthony Hartmann, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

The disputes requiring judicial attention are listed below:

- CMC's motion to compel DuPont to provide a full response to Interrogatory No. 19;
- CMC's motion to compel DuPont to provide a full response to Interrogatory No. 24; and

- Defendants request that the Court compel Plaintiff to produce documents related to the purchase orders for Fuso particles identified in Defendants' Request for Production No. 118,

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:mes/11142114 / 00195.04092

cc: Clerk of Court (via hand delivery)
Counsel of Record (via electronic mail)