IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-738-GBW |
| | ) |
| DUPONT DE NEMOURS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 8 of the Court's Scheduling Order (D.I. 93) and the Stipulation to Extend Deadlines (D.I. 183), Plaintiff CMC Materials, Inc. ("Plaintiff") and Defendants DuPont de Nemours, Inc., Rohm and Haas Electronic Materials CMP LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia-Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC (collectively, "DuPont" or "Defendants") hereby submit this Joint Claim Construction Chart for U.S. Patent No. 9,499,721 (the "'721 patent"). The Joint Claim Construction Chart is submitted as Exhibit A hereto.

Attached as Exhibit A-1 is a copy of the '721 Patent.

Attached as Exhibit A-2 are excerpts from the intrinsic record of the '721 Patent referred to in the parties' citations.

Attached as Exhibit A-3 is a list of agreed terms for construction.

|  | Respectfully submitted, |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ DRAFT* |
| John W. Shaw (No. 3362) | David E. Moore |
| Karen E. Keller (No. 4489) | Bindu A. Palapura |
| Andrew E. Russell (No. 5382) | Carson R. Bartlett |
| SHAW KELLER LLP | POTTER ANDERSON & CORROON, LLP |
| I.M. Pei Building | Hercules Plaza |
| 1105 North Market Street, 12th Floor | 1313 N. Market St., 6th Flr. |
| Wilmington, DE 19801 | P.O. Box 951 |
| (302) 298-0700 | Wilmington, DE 19899 |
| jshaw@shawkeller.com | (302) 984-6000 |
| kkeller@shawkeller.com | dmoore@potteranderson.com |
| arussell@shawkeller.com | bpalapura@potteranderson.com |
| *Attorneys for Plaintiff* | cbartlett@potteranderson.com |
|  | *Attorneys for Defendants* |

Dated: November 10, 2023