# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DUPONT DE NEMOURS, INC., et al., <br><br> Defendants. | Civil Action No. 20-738-GBW |

## ORDER

At Wilmington this 13th day of November 2023 consistent with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Amended Counterclaims 3-8 for Failure to State a Claim (D.I. 61) is **DENIED**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE