

Andrew Russell
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704 - Direct
arussell@shawkeller.com

December 8, 2023

**VIA CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:     *CMC Materials, Inc. v. DuPont de Nemours, Inc., et al.*, C.A. No. 20-738-GBW

Dear Judge Williams:

Pursuant to the Scheduling Order entered on October 28, 2022 (D.I. 93) and the Oral Order entered on June 9, 2023 (D.I. 141), the Court is scheduled to hold a Markman hearing at 1:00 pm on February 20, 2024 (the "Hearing"). Pursuant to Paragraph 10 of the Scheduling Order (D.I. 93), the parties have conferred and do not request leave to present live testimony at the Hearing. Additionally, the parties respectfully request 2.5 hours for the Hearing, with this time to be allocated equally to each party.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc:     Clerk of Court (by CM/ECF & Hand Delivery)
        All Counsel of Record (by CM/ECF & Email)

1