IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CMC MATERIALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-738-JLH |
| | ) | |
| DUPONT DE NEMOURS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to Local Rule 7.1.2(b), Plaintiff CMC Materials, Inc. ("Plaintiff") submits subsequent authority regarding its Motion to Bifurcate and Stay DuPont's Antitrust-Related Counterclaims (Counts 4-7), D.I 146. On February 15, 2024, Judge Bryson issued an opinion in *DSM IP Assets, B.V. v. Honeywell Int'l, Inc.*, C.A. No. 23-675-WCB, D.I. 59 (D. Del. Feb. 15, 2024) ("*DSM*") (Ex. A). The analysis in *DSM* that begins in Section II of page 6 and ends on page 12 is relevant to Plaintiff's arguments on pages 2-5 and 7-14 of its brief, D.I. 147, regarding the bifurcation and stay of DuPont's counterclaim counts 4-7.

|  |  |
|---|---|
|  | /s/ *Andrew E. Russell* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | Andrew E. Russell (No. 5382) |
|  | Nathan R. Hoeschen (No. 6232) |
|  | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Robert L. Maier | 1105 North Market Street, 12th Floor |
| Margaret M. Welsh | Wilmington, DE 19801 |
| Frank Zhu | (302) 298-0700 |
| David K. Bailey | jshaw@shawkeller.com |
| BAKER BOTTS L.L.P. | kkeller@shawkeller.com |
| 30 Rockefeller Plaza | arussell@shawkeller.com |
| New York, NY 10112 | nhoeschen@shawkeller.com |
| (212) 408 2500 | *Attorneys for Plaintiff* |

Lisa M. Kattan
Katharine M. Burke
Thomas C. Martin
Erik T. Koons
Christopher Wilson
Samuel L. Kassa
Eileen Hyde
Natalie Cardenas
Daniel Ruesta
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
(202) 639-7700

Dated: February 22, 2024