**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-738-JLH |
| v. | ) |
| | ) |
| DUPONT DE NEMOURS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXPEDITED BRIEFING OF ITS MOTION FOR CERTIFICATION OF THE *MARKMAN* RULING FOR IMMEDIATE INTERLOCUTORY APPEAL TO THE FEDERAL CIRCUIT**

Defendants ("DuPont") respectfully request expedited briefing and resolution of its Motion to Certify the Court's Order dated March 4, 2024 (D.I. 249) for immediate interlocutory appeal under 28 U.S.C. § 1292(b) and a temporary stay of case deadlines until such resolution. The parties are currently conducting expert discovery and opening expert reports are scheduled to be exchanged on March 20, 2024. Absent action by this Court, if any of the governing claim constructions in this case are modified, expert discovery, including expert reports and depositions, would have to be redone. To avoid potentially unnecessary expert discovery, DuPont respectfully requests the Court order Plaintiff to file its answering brief on March 18 and Dupont to file its reply brief on March 21, and temporarily stay case deadlines until resolution of the Motion.

Pursuant to D. Del. LR 7.1.1, the subject of this motion was raised with counsel for CMC during a telephonic meet and confer that included Delaware counsel for all parties, and the parties were not able to reach agreement.

OF COUNSEL:

Mareesa A. Frederick
Mark Feldstein
Eric J. Fues
Anthony Hartmann
Matthew J. Hlinka
Paul Townsend
Kaitlyn Pehrson
FINNEGAN, HENDERSON, FARABOW, GARRETT
  & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000

Charles Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT
  & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Tel: (571) 203-2700

William S. Farmer
David C. Brownstein
David M. Goldstein
FARMER BROWNSTEIN JAEGER GOLDSTEIN
  KLEIN & SIEGEL LLP
235 Montgomery St., Suite 835
San Francisco, CA 94104
Tel: (415) 795-2050

Dated: March 12, 2024
11374319 / 00195.04092

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC*

2