**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
|     Plaintiff, | ) ) ) ) C.A. No. 20-738-JLH |
| v. | ) ) |
| DUPONT DE NEMOURS, INC., et al., | ) ) |
|     Defendants. | ) |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR EXPEDITED BRIEFING OF ITS MOTION FOR
CERTIFICATION OF THE MARKMAN RULING FOR
<u>IMMEDIATE INTERLOCUTORY APPEAL TO THE FEDERAL CIRCUIT</u>**

Upon Consideration of Defendants' Motion for Expedited Briefing of its Motion for Certification of the Markman Ruling for Immediate Interlocutory Appeal to the Federal Circuit (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Plaintiff shall file its answering brief by March 18, 2024 and Defendants shall file their reply by March 21, 2024.

IT IS HEREBY FURTHER ORDERED that all other deadlines are temporarily stayed.

IT IS SO ORDERED this _____ day of _____, 2024

_____
United States District Judge