## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 20-738-JLH |
| v. ) | |
| ) | |
| DUPONT DE NEMOURS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES**

WHEREAS, Plaintiff CMC Materials, Inc. ("CMC") and Defendants DuPont de Nemours, Inc., Rohm and Haas Electronic Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia-Pacific Co., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC (collectively, "DuPont;" CMC and DuPont together, the "Parties") are preparing opening expert reports, which are presently due March 20, 2024;

WHEREAS, DuPont requested additional time to complete those opening expert reports;

WHEREAS, CMC does not oppose a schedule extension to accommodate DuPont's request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines are amended as set forth below:

1

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Exchange of Opening Expert Reports | March 20, 2024 (D.I. 93 at 4) | March 27, 2024 |
| Exchange of Rebuttal Expert Reports | April 12, 2024 (D.I. 93 at 4) | April 19, 2024 |
| Exchange of Reply Expert Reports | May 3, 2024 (D.I. 93 at 5) | May 10, 2024 |

No other deadlines are altered by this stipulation.

SHAW KELLER LLP

By: */s/ Andrew E. Russell*
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    Andrew E. Russell (No. 5382)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    jshaw@shawkeller.com
    kkeller@shawkeller.com
    arussell@shawkeller.com

*Attorneys for Plaintiff*

Dated: March 19, 2024
11384747 / 00195.04092

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendants*

    IT IS SO ORDERED this _____ day of March 2024.

                                                _____
                                                                U.S.D.J.