## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 20-738-JLH |
| v. ) | |
| ) | |
| DUPONT DE NEMOURS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant, subject to the approval of the Court, that the deadline for the parties to submit redacted versions of the Opening Brief in Support of Motion for Certification of the Markman Ruling for Immediate Interlocutory Appeal to the Federal Circuit (D.I. 255) and Plaintiff's Opening Letter Brief Regarding Exclusion of Untimely Invalidity Contentions (D.I. 254) shall be extended to March 26, 2024.

| MCDERMOTT WILL & EMERY LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Andrew E. Russell*<br>    John W. Shaw (#3362)<br>    Karen E. Keller (#4489)<br>    Andrew E. Russell (#5382)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    jshaw@shawkeller.com<br>    kkeller@shawkeller.com<br>    arussell@shawkeller.com<br><br>*Attorneys for Plaintiff CMC Materials, Inc*<br><br>Dated:  March 19, 2024<br>11384036 / 00195.04092 | By: */s/ Andrew L. Brown*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC* |

**IT IS SO ORDERED**, this  20th day of March 2024.

_____
The Honorable Jennifer L. Hall, U.S.D.J.