IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CMC MATERIALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-738-JLH |
| | ) | |
| DUPONT DE NEMOURS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND EXPERT DISCOVERY**

WHEREAS, the Scheduling Order (D.I. 93) sets a deadline to complete expert discovery of May 31, 2024;

WHEREAS, plaintiff CMC Materials, LLC ("CMC") requested the depositions of Mr. Todd Schoettlekotte and Dr. John Bravman, experts for defendants DuPont de Nemours, Inc., Rohm and Haas Electronic Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia-Pacific Co., Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC (collectively, "DuPont"); and

WHEREAS, the only available date for the deposition of Mr. Schoettlekotte is June 6, 2024, and the only available date for the deposition of Dr. Bravman is June 6, 2024;

WHEREAS, DuPont requested the deposition of Dr. Lauren Stiroh, an expert for CMC;

WHEREAS, the only available date for the deposition of Dr. Stiroh is June 5, 2024;

WHEREAS, the parties seek to extend the expert discovery deadline for the limited purpose of completing these depositions;

WHEREAS, the parties are not seeking an extension on the trial date;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the expert discovery cutoff is extended through and including June 6, 2024, for the sole purpose of taking the deposition of Mr. Schoettlekotte, Dr. Bravman, and Dr. Stiroh.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Discovery Cutoff for deposing Mr. Schoettlekotte, Dr. Bravman, and Dr. Stiroh | May 31, 2024 | June 6, 2024 |
| Dispositive and Daubert Motions and Opening Briefs | June 14, 2024 | Unchanged |
| Answering Briefs for Dispositive Motions | June 28, 2024 | Unchanged |
| Reply Briefs for Dispositive and Daubert Motions | July 5, 2024 | Unchanged |
| Pretrial Conference | October 21, 2024 | Unchanged |
| Trial | October 28, 2024 | Unchanged |

/s/ *Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

/s/ *David E. Moore*
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Andrew L. Brown (No. 6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com
*Attorneys for Defendants*

Dated: May 31, 2024

SO ORDERED this _____ day of_____, 2024.

_____
United States District Court Judge