IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CMC MATERIALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-738-JLH |
| | ) | |
| DUPONT DE NEMOURS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING CMC'S MOTIONS FOR SUMMARY JUDGMENT**

On this _____ day of _____, 20____, the Court having considered Plaintiff CMC Materials, LLC's ("CMC") Motions for Summary Judgment of,

IT IS ORDERED that CMC's motions are GRANTED. Specifically, the Court holds that:

- Judgment is granted in favor of Plaintiff CMC Materials, LLC, and against Defendants for Defendants' Counterclaims 3, 4, 5, 6, 7, and 8;

- The '721 Patent is not unenforceable for inequitable conduct because there is a lack of specific intent to deceive the USPTO;

- The '721 Patent is not unenforceable because there has been no patent misuse.


_____
UNITED STATES DISTRICT JUDGE