**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CMC MATERIALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 20-738-JLH |
| v. ) | |
| ) | |
| DUPONT DE NEMOURS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MULTIMEDIA FILING**

Notice is hereby given that the exhibits listed below, which are attached to the Sealed Declaration of David E. Moore in Support of DuPont's Motions for Summary Judgment and Motions to Exclude Certain Opinions and Testimony of Plaintiff's Experts have been manually filed with the Court and are available in electronic form (USB flash drive) only.

- Exhibit 60 – Excel spreadsheet produced by CMC Materials, LLC bearing Bates numbers CMC_DEL00504058

- Exhibit 68 – Excel spreadsheet produced by CMC Materials, LLC bearing Bates numbers CMC_DEL00245507

- Exhibit 91 – Excel spreadsheet produced by CMC Materials, LLC bearing Bates numbers CMC00026805

|  |  |
|---|---|
| OF COUNSEL:<br><br>Mareesa A. Frederick<br>Mark Feldstein<br>Eric J. Fues<br>Anthony Hartmann<br>Matthew J. Hlinka<br>Emily R. Gabranski<br>Kaitlyn Pehrson<br>Hira Javed<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>  & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>Tel:  (202) 408-4000<br><br>Charles Lipsey<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>  & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA 20190<br>Tel: (571) 203-2700<br><br>William S. Farmer<br>David C. Brownstein<br>David M. Goldstein<br>FARMER BROWNSTEIN JAEGER GOLDSTEIN<br>  KLEIN & SIEGEL LLP<br>235 Montgomery St., Suite 835<br>San Francisco, CA  94104<br>Tel: (415) 795-2050<br><br>Dated:  June 14, 2024<br>11564618 / 00195.04092 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Andrew L. Brown (#6766)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE  19801<br>     Tel:  (302) 984-6000<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com<br>     abrown@potteranderson.com<br><br>*Attorneys for Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC* |