IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-738-JLH |
| | ) |
| DUPONT DE NEMOURS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME TO FILE PUBLIC VERSIONS
AND EXCERPTED EXHIBITS**

WHEREAS, on June 14, 2024, the parties submitted opening summary judgment and *Daubert* briefing;

WHEREAS, public versions of these briefs are due to be filed on June 21, 2024 and the parties require additional time;

WHEREAS, as an additional matter, the parties' exhibits are currently in excess of 6,000 total pages, a number that may increase substantially with the filing of answering and reply briefs; and

WHEREAS, the parties desire to make a more precise record and increase efficiency for the Court and the parties in advance of oral argument by excerpting their respective exhibits after filing to include only those pages cited by the parties (as well as surrounding pages for context);

The parties hereby stipulate and agree, subject to the approval of the Court, that:

1. The time to submit redacted public versions of Plaintiff's and Defendants' opening *Daubert* and summary judgment motions, briefs, and supporting documents,

including e.g. D.I. 317, 319, 321, 323, 325, 331-32, 334-41, and any forthcoming answering and reply briefs and supporting documents, is extended to July 19, 2024,

2. The parties agree to exchange proposed excerpted exhibits for all opening, answering and reply briefs by July 9, 2024.

3. On July 19, 2024, the parties will provide the Court with excerpted exhibits for their respective opening, answering and reply briefs to be substituted for those originally filed.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Andrew L. Brown* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Bindu A. Palapura (No. 5370) |
| Andrew E. Russell (No. 5382) | Andrew L. Brown (No. 6766) |
| Nathan R. Hoeschen (No. 6232) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | Hercules Plaza, 6th Floor |
| I.M. Pei Building | 1313 N. Market Street |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 984-6000 |
| (302) 298-0700 | dmoore@potteranderson.com |
| jshaw@shawkeller.com | bpalapura@potteranderson.com |
| kkeller@shawkeller.com | abrown@potteranderson.com |
| arussell@shawkeller.com | *Attorneys for Defendants* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: June 20, 2024

SO ORDERED this  21st  day of  June        , 2024.

_____
The Honorable Jennifer L. Hall
United States District Court Judge