# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CMC MATERIALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-738-JLH |
| v. | ) |
| | ) |
| DUPONT DE NEMOURS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, and the terms of the parties' Settlement Agreement, the parties, by and through their counsel of record, stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses in this action, with each party to bear its own attorneys' fees and costs. The Court shall retain jurisdiction over the parties' settlement agreement.

| | |
|---|---|
| /s/ Andrew E. Russell | /s/ David E. Moore |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Bindu A. Palapura (No. 5370) |
| Andrew E. Russell (No. 5382) | POTTER ANDERSON & CORROON LLP |
| Nathan R. Hoeschen (No. 6232) | Hercules Plaza, 6th Floor |
| SHAW KELLER LLP | 1313 N. Market Street |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 984-6000 |
| Wilmington, DE 19801 | dmoore@potteranderson.com |
| (302) 298-0700 | bpalapura@potteranderson.com |
| jshaw@shawkeller.com | *Attorneys for Defendants* |
| kkeller@shawkeller.com | |
| arussell@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: November 25, 2024

IT IS SO ORDERED this ___ day of _____, 2024.

_____
U.S.D.J.