**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CMC MATERIALS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-738-JLH ) ) |
| DUPONT DE NEMOURS, INC., et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' NOTICE OF SUBSEQUENT DEVELOPMENT**

Defendants DuPont de Nemours, Inc., Rohm and Haas Electronic Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia-Pacific Co., Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC (collectively, "DuPont") respectively submit the following notice of subsequent development in connection with the Court's November 26, 2024, Order of Dismissal (D.I. 485).

The Court's Order dismissed with prejudice all claims, counterclaims, and defenses in this action. Accordingly, DuPont informed the U.S. Department of State of the Order and requested that it inform the Japanese Ministry of Foreign Affairs of the dismissal and that DuPont is no longer pursuing its pending Letters Rogatory to Fuso Chemical Co., Ltd.

<div style="display: flex;">

<div>

OF COUNSEL:

Mareesa A. Frederick
Mark Feldstein
Eric J. Fues
Anthony Hartmann
Matthew J. Hlinka
Emily R. Gabranski
Kaitlyn Pehrson
Hira Javed
Kyle W. Howarth
FINNEGAN, HENDERSON, FARABOW, GARRETT
  & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Tel:  (202) 408-4000

Charles Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT
  & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Tel: (571) 203-2700

William S. Farmer
David C. Brownstein
David M. Goldstein
FARMER BROWNSTEIN JAEGER GOLDSTEIN
  KLEIN & SIEGEL LLP
235 Montgomery St., Suite 835
San Francisco, CA  94104
Tel: (415) 795-2050

Dated: December 10, 2024
11918445 / 00195.04092

</div>

<div>

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

*Attorneys for Defendants DuPont de Nemours, Inc., Rohm and Haas Electronics Materials CMP, LLC, Rohm and Haas Electronic Materials CMP Asia Inc. (d/b/a Rohm and Haas Electronic Materials CMP Asia Inc., Taiwan Branch (U.S.A.)), Rohm and Haas Electronic Materials Asia Pacific Co. Ltd., Rohm and Haas Electronic Materials K.K., and Rohm and Haas Electronic Materials LLC*

</div>

</div>